PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

Beth E. Levine

June 17, 2005

blevine@pszyjw.com
(212) 561-7720

**BY HAND**

Mr. Vito Genna
Chief Deputy Clerk
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    <u>R. Todd Neilson v. Straight-Out Promotions, LLC, et al., Adv. Pro. No. 05-02210(ALG)</u>

Dear Mr. Genna:

    Our firm represents the plaintiff in the above-referenced adversary proceeding. I am writing to request your assistance with service of a foreign defendant pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7004 of the Federal Rules of Civil Procedure, and the Hague Convention.

    Enclosed for your signature is a Request for Service Abroad of Judicial or Extrajudicial Documents which is to be transmitted along with the enclosed copies of the summons and complaint to the Senior Master of the Supreme Court, Queen's Bench Division, Royal Courts of Justice, Strand London, WC2A 2LL, England, United Kingdom. I have also enclosed the necessary postage and a return receipt for international mail addressed to my office.

    Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or comments.

                      Very truly yours,

                      Beth E. Levine

DOCS_NY:8461.1