**CENTURION HOUSE, BIRCHERLEY GREEN, HERTFORD, SG14 1AP**
T: 01992 505550   F: 01992 586872

July 21 2005

Clerk to the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York  NY10004-1408

Dear Sirs

**MICHAEL G TYSON**
**REF CASE NO: 03-41900-ALG  ADVERSARY PROCEEDING NO: 05-02210-ALG**

We have today been forwarded a copy of the above numbered summons and notice of a pre-trial conference which amongst others, include Frank Warren (an individual) as a defendant.

For the record, we state:-

1   No notice of this summons has ever been served on Frank Warren.

2   Currently Mr Warren does not have any legal representative in New York. The time and date stated for this hearing, does not allow Mr Warren the proper time to appoint and brief an attorney to correctly represent him.

3   Mr Warren intends to vigorously defend the allegations that are made against him.  They are spurious, not based on any evidence and Mr Warren denies that neither at the time of the complaint nor prior or at any time after, has he had any personal ownership, either directly or indirectly, with Brearly (International) Ltd and cannot be liable in any manner, for the debts or liabilities of Brearly (International) Ltd.

4   Mr Warren has at no time given Mike Tyson any contract, either written or verbal, undertaking any liability to him in respect of his fight against Danny Williams.

5   This is an attempt at vexatious litigation against an individual who has absolutely no relationship with any of the defendants.



1

In the circumstances, would you please confirm that either or all of the following will occur:-

1    Mr Warren's name is immediately struck out as a defendant in this matter or

2    The plaintiffs are ordered to properly serve a summons against Mr Warren which in turn will allow him the time to appoint an attorney in New York to represent him.

Would you please acknowledge receipt of this letter.

Yours faithfully



**ON BEHALF OF <u>FRANK WARREN</u>**



2