

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszyjw.com

Beth E. Levine

July 9, 2007

blevine@pszyjw.com
212-561-7720

**BY HAND**

Mr. Vito Genna
Chief Deputy Clerk
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:  **R. Todd Neilson v. Straight-Out Promotions, LLC, et al., Adv. Pro. No. 05-02210(ALG)**

Dear Mr. Genna:

    Our firm represents the plaintiff in the above-referenced adversary proceeding. I am writing to request your assistance with service of three foreign defendants pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7004 of the Federal Rules of Civil Procedure, and the Hague Convention.

    Enclosed for your signature are three Requests for Service Abroad of Judicial or Extrajudicial Documents, each of which are to be transmitted along with the enclosed copies of the Amended Summons and Amended Complaint to the Senior Master of the Supreme Court of Judicature, Royal Courts of Justice, Strand London, WC2A 2LL, England, United Kingdom. I have also enclosed the necessary postage for service of each request and a return receipt for international mail addressed to my office.

    Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or comments.

                   Very truly yours,

                   Beth E. Levine

DOCS_NY:12875.1