Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
Telephone: 212/561-7700
Facsimile: 212/561-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MICHAEL G. TYSON, et al.,<br>                Debtors. | Chapter 11<br><br>Case No. 03-41900 (ALG)<br><br>(Jointly Administered) |
| R. TODD NEILSON, Plan Administrator of the MGT Chapter 11 Liquidating Trust, on behalf of the MGT Chapter 11 Liquidating Trust and on behalf of Michael G. Tyson, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>STRAIGHT-OUT PROMOTIONS, LLC, a Kentucky Limited Liability Company; CHRIS WEBB, an individual; BREARLY (INTERNATIONAL) LIMITED, a Gibraltar corporation; FRANK WARREN, an individual,<br><br>                Defendants. | Adv. No. 05-02210 (ALG) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the Motion for Default Judgment Against

Brearly (International) Limited to (the "Motion") filed by R. Todd Neilson, Plan Administrator

of the MGT Chapter 11 Liquidating Trust ("Plaintiff") on February 28, 2008, shall be held

before the Honorable Allan L. Gropper, United States Bankruptcy Judge, United States Bankruptcy Court (the "Bankruptcy Court"), One Bowling Green, Room 617, New York, New York 10004 on **March 20, 2008 (Eastern Time) at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses, if any, to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and shall be served in accordance with General Order M-242 upon the undersigned, with a copy delivered to Chambers, so as to be received no later than **March 17, 2008 at 5:00 P.M. (Eastern Time)**. Only those responses made in writing and timely filed and received will be considered at the Hearing. Any such response must state with specificity the reason or reasons why the relief requested in the Motion should not be granted.

Dated: February 28, 2008
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Beth E. Levine*
Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777